UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br>　　　　　　　　Plaintiff,<br>v.<br>ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States, and E. SCOTT PRUITT, in his official capacity as Administrator,<br>　　　　　　　　Defendants. | CASE NO. C18-00645-RSM<br><br>**STIPULATED MOTION AND ORDER FOR RELIEF OF 26(F) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT** |

　　　Plaintiff THE STATE OF WASHINGTON, filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants ENVIRONMENTAL PROTECTION AGENCY and E. SCOTT PRUITT, in his official capacity as Administrator, seeking disclosure of certain documents.

　　　To date, this Court has not yet issued an order setting deadlines for a Rule 26(f) Conference, initial disclosures, and a joint status report. For the reasons stated below, the parties respectfully request that the Court not issue an order setting those deadlines, and instead allow the parties to submit a joint status report within the next 90 days.

STIPULATED MOTION AND ORDER FOR RELIEF
18-cv-00645-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties agree that this case constitutes "an action for review on an administrative record" under Rule 26(a)(1)(B)(i), and is exempt from the initial disclosure requirements of Rule 26(a)(1), as well as from the requirements of Rule 26(f), requiring the parties to prepare a discovery plan.

Accordingly, through their counsel of record, William R. Sherman and Michelle R. Lambert, the parties hereby STIPULATE AND AGREE that this case constitutes "an action for review on an administrative record" under Rule 26(a)(1)(B)(i), and is exempt from the initial disclosure requirements of Rule 26(a)(1), as well as from the requirements of Rule 26(f), requiring the parties to prepare a discovery plan.

Furthermore, the parties intend to work cooperatively to attempt to resolve this litigation without motion practice. If at any time in the next 90 days it becomes apparent that resolution between the parties is not feasible, the parties will submit a briefing schedule to the Court.

The parties propose a joint status report to be filed on or before September 12, 2018.

DATED this 14th day of June, 2018.

Respectfully Submitted,
ANNETTE L. HAYES
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER FOR RELIEF
18-cv-00645-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

OFFICE OF THE ATTORNEY GENERAL
ROBERT W. FERGUSON
Attorney General

*s/ William R. Sherman*
WILLIAM R. SHERMAN, WSBA# 29365
Assistant Attorney General
800 5th Ave Suite 2000, TB-14
Seattle, WA 98104
Phone: (206) 442-4485
Email: bill.sherman@atg.wa.gov

*Attorneys for Plaintiffs*

**ORDER**

It is hereby ORDERED that:

The parties are released from the initial disclosure requirements of Rule 26(a)(1), as well as the requirements of Rule 26(f), requiring the parties to prepare a discovery plan.

Dated this 18 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR RELIEF
18-cv-00645-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970