UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

    Plaintiff,

v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    Defendant.

No. C18-645-RSM

**ORDER**

The Court, upon review of the unopposed Motion filed by the Government, Dkt. #13, and for good cause shown, hereby ORDERS that all litigation deadlines are STAYED until Congress has restored appropriations to the Department of Justice. Counsel for the government will notify the Court as soon as Congress has appropriated funds for the Department of Justice.

Dated this 11th day of January, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order - 1