UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br>Plaintiff,<br>v.<br>ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States, and ANDREW R. WHEELER, in his official capacity as Acting Administrator,<br>Defendants. | CASE NO. C18-00645-RSM<br>**JOINT STATUS REPORT AND ORDER FOR JOINT STATUS REPORT** |

COME NOW Plaintiff THE STATE OF WASHINGTON and Defendants ENVIRONMENTAL PROTECTION AGENCY ("EPA") and ANDREW R. WHEELER hereby provide the Court with a Joint Status Report.

As the Court is aware, in this Freedom of Information Act ("FOIA") suit, Plaintiff seeks records of communications from EPA employees to former and current members of any EPA Federal Advisory Committee related to a directive issued by then-Administrator Pruitt on October 31, 2017, and occurring between that date and March 1, 2018. Since the last status report, the parties have reached a resolution concerning Plaintiff's claims, with the exception of Plaintiff's claim for attorneys' fees and costs. The parties will require additional time to allow for settlement discussions concerning fees and costs, and if appropriate, time to seek settlement authority.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In order to permit the parties with enough time to engage in settlement discussions that, if successful, would fully resolve this case, the parties jointly propose a joint status report to be filed on or before April 22, 2019.

DATED this 22th day of March, 2019.

Respectfully Submitted,
BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendant*

OFFICE OF THE ATTORNEY GENERAL
ROBERT W. FERGUSON
Attorney General

*s/ William R. Sherman*
WILLIAM R. SHERMAN, WSBA# 29365
Assistant Attorney General
800 5th Ave Suite 2000, TB-14
Seattle, WA 98104
Phone: (206) 442-4485
Email: bill.sherman@atg.wa.gov

*Attorneys for Plaintiff*

**ORDER**

It is hereby ORDERED that the parties shall file a joint status report on or before April 22, 2019.

Dated this 27th day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND ORDER FOR JOINT STATUS REPORT
18-cv-00645-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970