District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>            Plaintiff,<br><br>     v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, an agency of the United States, and ANDREW R. WHEELER, in his official capacity as Administrator,<br><br>            Defendants. | CASE NO. 2:18-CV-00645-RSM<br><br>STIPULATED ORDER FOR DISMISSAL |

    The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

    DATED this 10th day of May, 2019.

                                                        Respectfully Submitted,
                                                        BRIAN T. MORAN
                                                        United States Attorney

                                                        *s/ Michelle R. Lambert*
                                                        MICHELLE R. LAMBERT, NYS #4666657
                                                        Assistant United States Attorney

STIPULATED DISMISSAL - 1
(CASE NO. C18-00645-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | United States Attorney's Office |
| 2 | 700 Stewart Street, Suite 5220 |
| 3 | Seattle, Washington 98101 |
| | Phone: (206) 553-7970 |
| 4 | Fax: (206) 553-4073 |
| 5 | Email: michelle.lambert@usdoj.gov |
| 6 | *Attorneys for Defendants* |
| 7 | OFFICE OF THE ATTORNEY GENERAL |
| 8 | ROBERT W. FERGUSON |
| | Attorney General |
| 9 | |
| 10 | *s/ William R. Sherman* |
| | WILLIAM R. SHERMAN, WSBA# 29365 |
| 11 | Assistant Attorney General |
| 12 | 800 5th Ave Suite 2000, TB-14 |
| | Seattle, WA 98104 |
| 13 | Phone: (206) 442-4485 |
| | Email: bill.sherman@atg.wa.gov |
| 14 | |
| 15 | *Attorneys for Plaintiff* |

STIPULATED DISMISSAL - 2
(CASE NO. C18-00645-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation. This case is dismissed with prejudice.

DATED this 14 day of May 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED DISMISSAL - 3
(CASE NO. C18-00645-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970